**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DANIEL BARLOW, *on behalf of himself and all others similarly situated,* | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-03181 |
| v. | ) | |
| CLIVE HOLDINGS, LLC, | ) | |
| Defendant. | ) | |

**<u>AGREED MOTION TO STAY</u>**

Defendant Clive Holdings, LLC, by its undersigned counsel, respectfully moves this Court to stay all deadlines in this action through July 30, 2026. In support of its motion, Defendant states as follows:

1. By order dated May 14, 2026, this Court extended Defendant's deadline to respond to the Complaint to June 15, 2026, directed the parties to file a joint status report by June 15, 2026, and set a status hearing for June 18, 2026. (ECF No. 17.)

2. Plaintiff and Defendant jointly desire to stay all deadlines in this action through and including July 30, 2026.

3. The parties request this stay because they have reached a settlement in principle and are finalizing efforts that will bring about the voluntary dismissal of all claims asserted in this action without further litigation. As soon as the parties complete these efforts, voluntary dismissal will be filed.

4. Plaintiff's counsel consented to Defendant's counsel filing this agreed motion to stay.

5. Furthermore, this Motion is filed in good faith and is not interposed for the purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court stay all deadlines in this action through July 30, 2026.

Dated: June 15, 2026

Respectfully submitted,

*/s/ Joshua B. Concannon*

Joshua B. Concannon
DENTONS US LLP
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8919
*joshua.concannon@dentons.com*

*Counsel for Defendant Clive Holdings, LLC*