**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Daniel Barlow
Plaintiff,
v.
Clive Holdings, LLC
Defendant.

Case No.: 1:26−cv−03181
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

MINUTE entry before the Honorable Jorge L. Alonso:The parties move [18] to stay this case and indicate that they have reached a settlement in principle. The motion to stay is granted. This case is stayed through 7/7/26. By 7/7/26, the parties shall file either a stipulation of dismissal or a joint status report setting forth dates for next steps in this case. Status hearing set for 6/18/26 is stricken. Presentment of motion set for 6/23/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.