**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Daniel Barlow

Plaintiff,

v.

Case No.: 1:26−cv−03181
Honorable Jorge L. Alonso

Clive Holdings, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of the Joint Status Report [21] wherein the parties report that they have executed an agreement and are requesting an additional 14 days to file a notice of dismissal. In view of the settlement agreement, the joint requestto stay is granted. Also, to avoid unnecessary status hearings and to provide time to effectuate any consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 9/14/2026. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.